**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-CR-20507-BB**

**UNITED STATES OF AMERICA**

**vs.**

**JULIO CESAR HERNANDEZ MONTERO,**

**Defendants.**
______________________________________/

## FACTUAL PROFFER

The United States of America, Julio Cesar Hernandez Montero ("HERNANDEZ" or "Defendant"), and the Defendant's counsel agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt, and that such facts are sufficient to establish the Defendant's guilt as to the offenses charged in the Indictment:

On Monday, November 27, 2023, the Victim left his residence and traveled to a hotel in Miami-Dade County ("Hotel 1"). The Victim arrived at Hotel 1 at approximately 10:44 PM; at Hotel 1, he met up with two females, Yoleidy del Carmen Ilarraza ("ILARRAZA") and Maria Alejandra Lobos Gamez ("LOBOS"). The Victim walked out of his hotel room with ILARRAZA and LOBOS at approximately 2:22 AM on Tuesday, November 28. The Victim thereafter exited Hotel 1 and walked to his vehicle, a Toyota 4Runner which had previously been transported, shipped, or received in interstate or foreign commerce (hereinafter, the "Victim's Vehicle"). Three males, Yurwin Smith Salazar Maita ("SALAZAR"), Julio Cesar Hernandez Montero ("HERNANDEZ"), and Yorvi Jose Arenas Lezama ("ARENAS"), exited a Toyota Corolla which was parked near the Victim's Vehicle, and began physically assaulting the Victim as he entered his vehicle. The three males pulled the Victim out of the driver's seat of his vehicle and forced him into the backseat. The three males then entered the Victim's Vehicle (SALAZAR entered the

driver's seat and HERNANDEZ and ARENAS entered the backseat with the Victim) and drove the Victim's Vehicle away from the parking lot of Hotel 1. Approximately 10 minutes later (at approximately 2:39 AM), the Victim's Vehicle returned to the parking lot of Hotel 1 and one of the three males exited the Victim's Vehicle and entered the aforementioned Toyota Corolla. Both vehicles then left the hotel parking lot.

In the days and/or weeks leading up to November 27, 2023, SALAZAR, HERNANDEZ, ARENAS, ILARRAZA, LOBOS, and Darwin Jesus Mijares ("MIJARES") (collectively, the "CO-CONSPIRATORS"), met on multiple occasions at another hotel in Miami-Dade County ("Hotel 2") to discuss kidnapping and robbing the Victim. SALAZAR, ILARRAZA, and LOBOS had all met and interacted with the Victim before, and knew he sold jewelry and gold. SALAZAR also knew where the Victim lived. The CO-CONSPIRATORS agreed that ILARRAZA and/or LOBOS would lure the Victim to a hotel, where the Victim would be kidnapped by several of the CO-CONSPIRATORS as he left the hotel.

On Sunday, November 26, 2023, the Victim invited ILARRAZA and LOBOS to his apartment. ILARRAZA and LOBOS scouted the Victim's apartment for jewelry while they were there. ILARRAZA took a photograph with her phone of the front door of the Victim's apartment and sent it to one of the CO-CONSPIRATORS.

On Monday, November 27, 2023, the Victim went to Hotel 1 to meet with ILARRAZA and LOBOS. A room was rented at Hotel 1 in ILARRAZA's name for one (1) night, from November 27 to November 28. SALAZAR, HERNANDEZ, ARENAS, and MIJARES traveled to Hotel 1 to scout out where the kidnapping and robbery would occur. They then travelled to get supplies for the robbery and kidnapping. and returned to Hotel 2 to wait for a message from ILARRAZA. ILARRAZA was sending updates to one the CO-CONSPIRATORS from inside of Hotel 1. Once

ILARRAZA advised that they were ready, ARENAS, SALAZAR, HERNANDEZ, and MIJARES all traveled from Hotel 2 to Hotel 1. They brought SALAZAR's firearm to Hotel 1 with them, as well as gloves, masks, and tape, which been purchased by SALAZAR.

It was agreed upon that MIJARES would serve as a lookout outside of Hotel 1; MIJARES therefore stayed alone in SALAZAR's vehicle, a Nissan. SALAZAR, HERNANDEZ, and ARENAS drove MIJARES's Toyota Corolla into the parking lot of Hotel 1 and parked to wait for the Victim to exit the hotel.

Once the Victim had exited the hotel and SALAZAR, HERNANDEZ, and ARENAS were inside of the Victim's Vehicle with the Victim, SALAZAR, HERNANDEZ, and ARENAS worked together to restrain the Victim, tying him up. ARENAS punched the Victim several times and then asphyxiated the Victim. Several items were taken from the Victim, including gold jewelry the Victim was wearing and the key to the Victim's apartment. SALAZAR ultimately drove the Victim's Vehicle to a lot, where the vehicle was left abandoned with the Victim tied up by his hands and feet inside. The Miami-Dade Medical Examiner's Office determined that the Victim's cause of death was mechanical asphyxia, and the manner of death was homicide.

SALAZAR, HERNANDEZ, ARENAS and MIJARES then met up and switched vehicles. MIJARES, HERNANDEZ and ARENAS drove in MIJARES's Toyota Corolla to the Victim's apartment in Doral. SALAZAR drove his Nissan to the vicinity of the Victim's apartment, before driving to his mother's residence in Fort Lauderdale, Florida, where he waited for the CO-CONSPIRATORS to arrive. Once at the Victim's apartment complex, MIJARES remained in his vehicle as HERNANDEZ and ARENAS entered the Victim's apartment.

Witness 1 was sleeping on the living room couch when HERNANDEZ and ARENAS entered the Victim's apartment. HERNANDEZ and ARENAS demanded Witness 1 tell them

where the Victim's jewelry was. HERNANDEZ and ARENAS both possessed SALAZAR's firearm while inside the Victim's apartment. ARENAS forced Witness 1 to get on her knees and threatened her, stating they were Tren de Aragua (or "TdA") and that they had been sent to kill her. Once the Victim's safe was located, HERNANDEZ and ARENAS left the Victim's apartment with the safe, which contained gold, jewelry, and approximately $40,000 in US currency. MIJARES then drove HERNANDEZ and ARENAS to SALAZAR's mother's apartment. SALAZAR brought them out clothing, which they changed into. The plan was for the CO-CONSPIRATORS to meet in Orlando the following morning. SALAZAR never made it to Orlando. MIJARES, ILARRAZA, LOBOS, HERNANDEZ, and ARENAS all met in Orlando and ultimately fled the United States together.

The parties agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove the charges of conspiracy to commit kidnapping, in violation of Title 18, United States Code, Section 1201(c), kidnapping resulting in death, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2, and carjacking resulting in death, in violation of Title 18, United States Code, Sections 2119(3) and 2, beyond a reasonable doubt.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 8/20/26 By: ______________________________
ELENA SMUKLER-DOMINGUEZ
ASSISTANT UNITED STATES ATTORNEY

Date: 08.11.2026 By: ______________________________
G.P. DELLA FERA, ESQ.
ATTORNEY FOR DEFENDANT

Date: 08.11.2026 By: ______________________________
JULIO CESAR HERNANDEZ MONTERO
DEFENDANT